UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EUNBIN KO, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br>v.<br><br>HANAM DAEJI, INC, KANG W. LEE, SEJIN OH and JOHN DOE AKA CALVIN<br><br>Defendants, | Index No. 22-cv-6335<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Eunbin Ko hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated January 4, 2024, and annexed hereto as **Exhibit A**.

Dated: January 4, 2024.

Respectfully submitted,

By: _____
Ryan Kim, Esq.
Ryan Kim Law, P.C.
222 Bruce Reynolds Blvd. Suite 490
Fort Lee, NJ 07024
Tel.: (718) 573-1111
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2024, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Diane H. Lee
The Law Offices of Diane H. Lee
1630 Center Avenue
Fort Lee, NJ 07024
dlee@dhllaw.com

By: _____
Ryan Kim, Esq.

Ryan Kim Law, P.C.
222 Bruce Reynolds Blvd. Suite 490
Fort Lee, NJ 07024
Tel.: (718) 573-1111
*Attorney for Plaintiff*