UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EUNBIN KO, individually, and on behalf of others similarly situated,<br><br>                             Plaintiff,<br>v.<br><br>HANAM DAEJI, INC, KANG W. LEE, SEJIN OH and JOHN DOE AKA CALVIN<br><br>                            Defendants, | Index No. 22-cv-6335<br><br>**JUDGMENT**<br><br>*Closing case* |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Hanam Daeji, Inc, Kang W. Lee, Sejin Oh, and Kevin Park (collectively, "Defendants") having offered to allow Plaintiff Eunbin Ko ("Plaintiff"), to take a judgment against them, in the sum of Thirty-Nine Thousand Seven Hundred Fifty-Five Dollars and No Cents ($39,755.00), with respect to Plaintiffs' claims for wages, attorneys' fees, relief, damages, violations, penalties, fees, interest, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated January 4, 2024, and filed as Exhibit A to Docket Number 35;

**WHEREAS**, on January 4, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 35);

It is **ORDERED** and **ADJUDGED**, that judgment is entered in favor of Plaintiff, in the sum of Thirty-Nine Thousand Seven Hundred Fifty-Five Dollars and No Cents ($39,755.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated January 4, 2024, and filed as Exhibit A to Docket Number 35.

Dated: Jan 12, 2024

SO ORDERED

_____
Madeline Cox Arleo, U.S.D.J.